Katherine E. Konschnik
Acting Assistant Attorney General

ALEXIS G. ROMERO
Trial Attorney (DC Bar # 90006907)
SHANNON BOYLAN
Trial Attorney (DC Bar # 1724269)
Environment and Natural Resources Div.
Natural Resources Section
150 M St NE
Washington, D.C. 20002
(202) 598-9584
alexis.romero@usdoj.gov
shannon.boylan@usdoj.gov

*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**MEDFORD DIVISION**

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, CASCADIA WILDLANDS,** and **OREGON WILD**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES BUREAU OF LAND MANAGEMENT**,<br><br>Defendant. | Case No. 1:24-CV-01930-CL<br><br>**JOINT MOTION TO STAY FURTHER PROCEEDINGS** |

Plaintiffs Klamath-Siskiyou Wildlands Center, Cascadia Wildlands, and Oregon Wild, along with Defendant U.S. Bureau of Land Management (BLM) jointly move for a stay of further proceedings while BLM reconsiders the decision challenged in this case.

1

On November 19, 2024, Plaintiffs filed this case challenging BLM's issuance of the Last Chance Environmental Assessment ("EA"), Finding of No Significant Impact, and Decision Record for the Last Chance Forest Management Project ("Last Chance Project" or "Project") under the Administrative Procedure Act. *See* Pls.' Complaint, ECF No. 1 at ¶ 1. Plaintiffs allege violations of the Federal Land Policy and Management Act, and the National Environmental Policy Act ("NEPA"). *Id*. The Decision Record authorized a timber sale, Paul's Payoff, which is the first decision to implement timber sale activities contemplated by the Last Chance EA. *Id*. at ¶ 2.

BLM has decided to conduct additional NEPA analysis, after which it will issue a new NEPA document and a new decision record for the Last Chance Project. BLM will not implement the Project until the additional NEPA analysis and decision-making is complete, including but not limited to 1) any ground or vegetation disturbing activity, including road construction and reconstruction, and site preparation; 2) additional auctions; or 3) the award of any final contracts.[1] The Parties have conferred and agree that a stay of proceedings pending the completion of this new decision-making process will best conserve the parties' and judicial resources because the new decision could address some or all of Plaintiffs' concerns.

Therefore, the Parties respectfully request that the Court stay further proceedings in this case pending the outcome of BLM's new decision-making process. The Parties further propose that BLM will file a status report to update the Court on BLM's progress in issuing a new decision within 90 days of the Court granting this motion.

Respectfully submitted this 17th day of January, 2025.

---

[1] These limitations on BLM's implementation of the Project do not restrict or otherwise apply to routine road maintenance in the Last Chance Project area unrelated to the Last Chance Project.

Katherine E. Konschnik
Acting Assistant Attorney General


/s/ Shannon Boylan
Shannon Boylan (DC Bar # 1724269)
Environment and Natural Resources Division
Natural Resources Section
150 M St NE
Washington, D.C. 20002
(202) 598-9584
shannon.boylan@usdoj.gov

*/s/ Alexis G. Romero*
ALEXIS G. ROMERO (DC Bar # 90006907)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5885; Fax: (202) 305-0275
E-mail: alexis.romero@usdoj.gov

*Attorneys for Federal Defendant*


/s/ Meriel L. Darzen (signed w/ permission)
Meriel L. Darzen, OSB # 113645
503-525-2725 meriel@crag.org
Oliver J. H. Stiefel, OSB # 135436
503-227-2212 oliver@crag.org
Crag Law Center
3141 E. Burnside St.
Portland, Oregon 97214

*Attorneys for Plaintiffs*