UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, CASCADIA WILDLANDS, and OREGON WILD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 1:24-CV-01930-CL<br><br>ORDER |

Upon consideration of the Parties' joint motion to stay, and for good cause shown, the Court GRANTS the motion (#6). This matter and all pending deadlines are stayed until further notice. Defendant is hereby ORDERED to provide a status report on BLM's progress on issuing its new decision within 90 days of this Order.

IT IS SO ORDERED and DATED this 21 day of January, 2025.

MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1