ADAM R. F. GUSTAFSON
Acting Assistant Attorney General

ALEXIS G. ROMERO
Trial Attorney (DC Bar # 90006907)
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 353-5885
alexis.romero@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, CASCADIA WILDLANDS, and OREGON WILD**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES BUREAU OF LAND MANAGEMENT**,<br><br>Defendant. | Case No. 1:24-CV-01930-CL<br><br>**JOINT STATUS REPORT; MOTION TO LIFT STAY** |

The Parties hereby provide this joint status report and move to lift the stay in this case. ECF No. 7.

On November 19, 2024, Plaintiffs filed this case challenging BLM's issuance of the Last Chance Environmental Assessment ("EA"), Finding of No Significant Impact, and Decision Record for the Last Chance Forest Management Project ("Last Chance Project" or "Project")

1

under the Administrative Procedure Act. *See* Pls' Complaint, ECF No. 1 at ¶ 1. Plaintiffs allege violations of the Federal Land Policy and Management Act, and the National Environmental Policy Act ("NEPA"). *Id*.

On January 17, 2025, the Parties filed a joint motion to stay which indicated BLM's decision to conduct additional analysis and prepare a new NEPA document and decision record for the Last Chance Project. ECF No. 6. "[U]ntil the additional NEPA analysis and decision-making is complete," BLM agreed to not engage in various ground disturbing activities, conduct additional auctions, or award any final contracts. *Id.* The Court granted the Parties' motion and stayed all pending deadlines until further notice. ECF No. 7.

BLM and Plaintiffs filed a joint status report on April 22 updating the Court on the administrative process, including the public comment period for the Revised EA. ECF No. 9. On April 23, the Court ordered a further Joint Status Report on June 23, or within 14 days of the publication of a final decision record, whichever came sooner. ECF No. 10.

BLM hereby notifies the Court that a decision record consistent with the Revised EA was signed on May 12.[1] This decision record (DR #1) authorizes the Paul's Payoff timber sale and the Rotor's Up timber sale. BLM anticipates that the contract related to Paul's Payoff timber sale will be awarded in the next few weeks, but Pending Defendant-Intervenor Murphy Company has indicated that roadwork will not begin until mid-August. The Rotor's Up timber sale is scheduled for auction at the end of June.

Additionally, Plaintiffs intend to amend their Complaint. ECF No. 1. BLM does not oppose amendment.

---

[1] https://eplanning.blm.gov/eplanning-ui/project/2017275/510. A second decision record not relevant to the claims in this case was also signed on May 12.

*Intervention*. Murphy Company intends to move to intervene on behalf of Defendants. Counsel for Murphy Company has communicated with counsel for Plaintiffs and Defendant and agrees to abide by the schedule set by the Parties below. BLM takes no position on intervention. Plaintiffs and Murphy Company are currently conferring on Plaintiffs' position on intervention.

The Parties propose the following schedule for further proceedings.

| | |
|---|---|
| **June 6, 2025** | Plaintiffs file Amended Complaint |
| **July 2, 2025** | Defendant files Response to Plaintiffs' Amended Complaint |
| **July 18, 2025** | Defendant lodges Administrative Record with Court and Parties[2] |
| **August 14, 2025** | Plaintiffs file Motion for Summary Judgment |
| **September 12, 2025** | Defendant files Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion |
| **September 26, 2025** | Pending Defendant-Intervenor files Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion |
| **October 10, 2025** | Plaintiff files Response to Defendant's Cross-Motion and Reply in support of Plaintiffs' Motion for Summary Judgment |
| **October 31, 2025** | Defendant files Reply in support of Defendant's Cross-Motion for Summary Judgment |
| **November 10, 2025** | Pending Defendant-Intervenor files Reply in support of Cross-Motion for Summary Judgment |

The Parties therefore request that the Court lift the stay and enter the above schedule.

Respectfully submitted this 27th day of May, 2025.

---

[2] Before lodging the Administrative Record with the Court, Defendant will share an index of the Administrative Record informally with counsel for the Parties. The deadlines for a motion to supplement the record, if any, will be co-extensive with the briefing schedule for summary judgment, along with any responses. The Parties will confer and make best efforts to resolve any record disputes prior to summary judgment briefing.

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General

/s/ Alexis G. Romero
ALEXIS G. ROMERO
Trial Attorney (DC Bar # 90006907)
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
150 M St NE
Washington, D.C. 20002
(202) 353-5885
alexis.romero@usdoj.gov

*Counsel for Defendant*

/s/ Meriel Darzen (signed w/ permission)
Meriel L. Darzen, OSB # 113645
503-525-2725 meriel@crag.org
Oliver J. H. Stiefel, OSB # 135436
503-227-2212 oliver@crag.org
Crag Law Center
3141 E. Burnside St.
Portland, Oregon 97214

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, a copy of the foregoing Joint Status Report and Motion to Lift Stay was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Alexis G. Romero*
ALEXIS G. ROMERO
