# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

KLAMATH-SISKIYOU WILDLANDS
CENTER, CASCADIA WILDLANDS, and
OREGON WILD,

Plaintiffs,

v.

UNITED STATES BUREAU OF
LAND MANAGEMENT,

Defendant.

Case No. 1:24-CV-01930-CL

**ORDER**

In consideration of the Parties' joint motion, ECF No. 11, and for good cause shown, it is

hereby ordered:

1. The stay in this case, ECF No. 7, is hereby lifted;

2. The Court enters the schedule below:

| June 6, 2025 | Plaintiffs file Amended Complaint |
|---|---|
| July 2, 2025 | Defendant files Response to Plaintiffs' Amended Complaint |
| July 18, 2025 | Defendant lodges Administrative Record with Court and Parties |
| August 14, 2025 | Plaintiffs file Motion for Summary Judgment |
| September 12, 2025 | Defendant files Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion |
| September 26, 2025 | Pending Defendant-Intervenor files Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion |

ORDER – 1

| October 10, 2025 | Plaintiff files Response to Defendant's Cross-Motion and Reply in support of Plaintiffs' Motion for Summary Judgment |
| October 31, 2025 | Defendant files Reply in support of Defendant's Cross-Motion for Summary Judgment |
| November 10, 2025 | Pending Defendant-Intervenor files Reply in support of Cross-Motion for Summary Judgment |

It is so ORDERED and DATED this 2e day of May, 2025.

MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

ORDER – 2