ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
150 M St NE
Washington, D.C. 20002
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Counsel for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER**, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**UNITED STATES BUREAU OF LAND MANAGEMENT**,<br><br>　　　　　　Defendant,<br><br>and<br><br>**MURPHY COMPANY**,<br><br>　　　　　　Intervenor-Defendant. | Case No.: 1:24-cv-01930-CL<br><br>The Honorable Magistrate Judge Mark D. Clarke<br><br>**NOTICE OF LODGING ADMINISTRATIVE RECORD** |

　　　　Federal Defendant the U.S. Bureau of Land Management hereby provides notice of the lodging of the agency's administrative record. The administrative record is being provided on a flash drive containing an index and PDF documents for the challenged decision. The index to the administrative record is attached as Exhibit 1, and the certification of the administrative record is attached as Exhibit 2.

1

Dated: July 17, 2025

Respectfully submitted,

ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Shannon Boylan*
SHANNON BOYLAN (D.C. Bar No. 1724269)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M St NE
Washington, D.C. 20002
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Counsel for Federal Defendants*