Meriel L. Darzen, OSB # 113645
(503) 525-2725 | meriel@crag.org
Oliver J. H. Stiefel, OSB # 135436
(503) 234-0788 | oliver@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, CASCADIA WILDLANDS**, and **OREGON WILD**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES BUREAU OF LAND MANAGEMENT**, <br><br> Defendant, <br><br> and <br><br> **MURPHY COMPANY,** <br><br> Defendant-Intervenor. | Case No. 1:24-CV-01930-CL <br><br> **MOTION TO STAY FURTHER PROCEEDINGS** <br><br> **(EXPEDITED CONSIDERATION REQUESTED)** |

1

Plaintiffs Klamath-Siskiyou Wildlands Center, Cascadia Wildlands, and Oregon Wild, move for a 30-day stay of further proceedings and to stay the existing briefing schedule while Plaintiffs secure alternate counsel. This motion is not made for the purpose of delay.

On November 19, 2024, Plaintiffs filed this case challenging BLM's issuance of the Last Chance Environmental Assessment ("EA"), Finding of No Significant Impact, and Decision Record for the Last Chance Forest Management Project ("Last Chance Project" or "Project") under the Administrative Procedure Act. ECF1. Plaintiffs allege violations of the Federal Land Policy and Management Act, and the National Environmental Policy Act ("NEPA"). *Id*. The Decision Record authorized a timber sale, Paul's Payoff, which is the first decision to implement timber sale activities contemplated by the Last Chance EA. *Id*. at ¶ 2. Intervenor-Defendant Murphy Company is the high bidder in the Paul's Payoff sale.

On January 21, 2025, the case was then stayed at the request of the parties while BLM conducted further NEPA process. ECF7. On May 28, 2025 the stay was lifted and a new schedule was ordered by the court. ECF12. Plaintiffs filed a First Amended Complaint on June 6, 2025. ECF18. Per the schedule, ECF12, Plaintiffs' Motion for Summary Judgment is due on August 14, 2025. Plaintiffs are now in the process of securing new counsel in this case and thus are requesting that the briefing schedule be stayed for 30 days in order for them to transition the case to new counsel. Plaintiffs have conferred with counsel for Defendants and Intervenor-Defendants. BLM does not oppose Plaintiffs' request for a 30-day stay, however, it wishes to advise the court that it will oppose any future request to extend the stay absent the following conditions so as not to prejudice BLM: (1) Plaintiffs will not seek preliminary injunctive during the stay; (2) Plaintiffs will not seek to further amend their complaint or seek to supplement BLM's administrative record that has already been lodged with the Court; and (3) Plaintiffs'

opening brief will be due 14 days from the earlier of a) expiration of the stay, or b) securing new counsel. Intervenor-Defendants prefer a 30-day extension of the briefing schedule rather than a stay.

Therefore, Plaintiffs respectfully request that the Court stay further proceedings in this case for 30-days, at which point the Parties will file a JSR updating the court on the status and proposed plans for briefing the case on the merits.

Respectfully submitted this 12th day of August, 2025.

/s/ Meriel L. Darzen
Meriel L. Darzen, OSB # 113645
503-525-2725 meriel@crag.org
Oliver J. H. Stiefel, OSB # 135436
503-227-2212 oliver@crag.org
Crag Law Center
3141 E. Burnside St.
Portland, Oregon 97214

/s/ Sydney Wilkins
Sydney Wilkins, OSB No. 245675
Klamath-Siskiyou Wildlands Center
562 A Street
Ashland, OR 97520
Tel: (949) 812-0632
Email: sydney@kswild.org

*Attorneys for Plaintiffs*