Meriel L. Darzen, OSB # 113645
(503) 525-2725 | meriel@crag.org
Oliver J. H. Stiefel, OSB # 135436
(503) 234-0788 | oliver@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**MEDFORD DIVISION**

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER, CASCADIA WILDLANDS**, and **OREGON WILD**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES BUREAU OF LAND MANAGEMENT**, <br><br> Defendant, <br><br> and <br><br> **MURPHY COMPANY,** <br><br> Defendant-Intervenor. | Case No. 1:24-CV-01930-CL <br><br> **UNOPPOSED** MOTION TO DISMISS WITHOUT PREJUDICE |

1

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs hereby move to dismiss this case without prejudice and without costs or fees to any party. Counsel for Plaintiffs certify that they have conferred with counsel for Defendant and Defendant-Intervenor and they do not oppose this motion. No counterclaims have been plead and no merits briefing has been filed in this matter. Therefore, dismissal without prejudice is proper.

Respectfully submitted this 5th day of September, 2025.

/s/ Meriel L. Darzen
Meriel L. Darzen, OSB # 113645
503-525-2725 meriel@crag.org
Oliver J. H. Stiefel, OSB # 135436
503-227-2212 oliver@crag.org
Crag Law Center
3141 E. Burnside St.
Portland, Oregon 97214

/s/ Sydney Wilkins
Sydney Wilkins, OSB No. 245675
Klamath-Siskiyou Wildlands Center
562 A Street
Ashland, OR 97520
Tel: (949) 812-0632
Email: sydney@kswild.org

*Attorneys for Plaintiffs*